```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

JOHN C. MEAD                        )
                                    )
            Plaintiff,               )
                                    )
v.                                  )
                                    ) Case No. 4:05-CV-1558 CEJ
SYNTHES SPINE COMPANY, L.P.,         )
                                    )
            Defendant.               )
                                    )
                                    )

### ORDER

On January 19, 2007, defendant Synthes Spine Company filed a motion for summary judgment. The supporting documents (Exhibits B and E) contain birth dates and social security numbers of parties and non-parties. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this Court, such personal identifiers must be redacted in publicly-filed documents. See In re Business of the Court: Redaction of Personal Identifiers, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

On April 14, 2006, the Court ordered the parties to submit complete deposition testimony in support of a motion and informed the parties that excerpted portions of a witness's testimony would not be considered absent a showing of good cause for not submitting the entire transcript. A review of the record reveals that partial deposition testimony has been submitted.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the links in the CM/ECF system to Exhibits B and E of defendant's motion for summary judgment [# 51].

**IT IS FURTHER ORDERED** that defendant shall have five days from the date of this order in which to re-file Exhibits B and E, redacted in compliance with the Administrative Order of October 8, 2004.

**IT IS FURTHER ORDERED** that the parties shall have five days from the date of this order to submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2007.